In re CAMP et al. (Circuit Court of Appeals, Fifth Circuit. October 25, 1899.) No. 852. Appeal from the District Court of the United States for the Northern District of Georgia. H. A. Hall, for B. T. Camp. Alexander & Victor Smith, contra. Dismissed on stipulation of counsel, pursuant to the twentieth rule. See (D. C.) 91 Fed. 745.

---

In re CAMP et al. (Circuit Court of Appeals, Fifth Circuit. October 24, 1899.) No. 876. Appeal from the District Court of the United States for the Northern District of Georgia. Alex & Victor Smith, for Charles E. Caverly. H. A. Hall, contra. Dismissed on stipulation of counsel, pursuant to the twentieth rule. See (D. C.) 91 Fed. 745.

---

CHUNG KI FOON v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 2, 1898.) No. 448. In Error to the District Court of the United States for the Northern District of California. Henry S. Foote, U. S. Atty. Dismissed, pursuant to the sixteenth rule. See (D. C.) 83 Fed. 143.

---

CLARK v. NATIONAL BANK OF COMMERCE OF KANSAS CITY, MO. (Circuit Court of Appeals, Second Circuit. October 18, 1898.) In Error to the Circuit Court of the United States for the Northern District of New York. Charles A. Williams, for plaintiff in error. Doolittle & Hazard, for defendant in error. Dismissed on consent, pursuant to the twentieth rule.

---

CLEMENT NAT. BANK v. HAYS et al. (Circuit Court of Appeals, Second Circuit. May 13, 1898.) Appeal from the Circuit Court of the United States for the District of Vermont. Charles A. Prouty, for appellant. Charles M. Wilds, for appellees. Dismissed on consent, pursuant to the twentieth rule.

---

COX v. STEWART et al. (Circuit Court of Appeals, Seventh Circuit. June 6, 1899.) No. 569. Dismissed per stipulation of counsel.

---

COX v. STEWART et al. (Circuit Court of Appeals, Seventh Circuit. June 6, 1899.) No. 570. Dismissed per stipulation of counsel.

---

CRUIKSHANK v. BIDWELL. (Circuit Court of Appeals, Second Circuit. May 20, 1898.) No. 121. Appeal from the Circuit Court of the United States for the Southern District of New York. Davenport & Bull, for appellant. Henry L. Burnett, U. S. Atty., for appellee. Dismissed. See (C. C.) 86 Fed. 7.

---

DEL MONTE MINING & MILLING CO. v. LAST CHANCE MINING & MILLING CO. (Circuit Court of Appeals, Eighth Circuit. May 1, 1899.) No. 651. Appeal from the Circuit Court of the United States for the District of Colorado. Charles S. Thomas and H. H. Lee, for appellant. Joel F. Vaile and H. M. Teller, for appellee.

PER CURIAM. Affirmed, with costs. See 31 C. C. A. 592, 88 Fed. 986.